NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


IVAN ECHEVARRIA, DOC #T85850,    )
                                 )
         Appellant,              )
                                 )
v.                               )    Case No. 2D18-3862
                                 )
STATE OF FLORIDA,                )
                                 )
         Appellee.               )
                                 )

Opinion filed June 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Michelle Sisco,
Judge.

Ivan Echevarria, pro se.


PER CURIAM.


         Affirmed.


SILBERMAN, SLEET, and SMITH, JJ., Concur.